IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DWAYNE D. WEIR, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>DON MILLS, Superintendent, )<br>Two Rivers Correctional )<br>Institution, )<br>)<br>Respondent. )<br>_____) | Civil No. 09-1363-JO<br><br><br><br>ORDER TO DISMISS |

JONES, District Judge.

    Plaintiff's Motion to Voluntarily Dismiss (#18) is GRANTED.

    IT IS SO ORDERED.

    DATED this <u>2nd</u> day of July, 2010.

                                     /s/ Robert E. Jones<br>
                                     Robert E. Jones<br>
                                     United States District Judge